| | |
|---|---|
| <u>DEFENDANT:</u> | ALEJANDRO BLANCO-CABALLERO |
| <u>AGE/YOB</u>: | 1978 |
| <u>COMPLAINT FILED?</u> | __X__ Yes   _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER  22-mj-00054-NYW |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> | _X_ Yes    __ No |
| <u>OFFENSE(S)</u>: | **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance<br><br>**Counts 4, 14, 15, 16, 17, 19, 36, 37, 48:** Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking<br><br>**Counts 18, 21, 31, 50:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the Intent to Distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same<br><br>**Count 5:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same<br><br>**Counts 22 and 38:** Title 18, United States Code, Sections 1956(a)(2)(A) and (B)(i); Knowingly and intentionally attempting to transport or transfer funds from a place within the United States to or through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, specifically conspiracy to distribute and possess with the intent to distribute cocaine |
| <u>LOCATION OF OFFENSE:</u> | Denver County; Denver, Colorado |

Case No. 1:22-cr-00167-RM   Document 1-4   filed 05/19/22   USDC Colorado   pg 1 of 2

|               |                                                                                                                                                                                                                                                           |
|---------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| PENALTY:      | **Count 1** <br> NLT 10 years, <br> NMT life imprisonment <br> At least 5 years Supervised Release <br> $10,000,000 fine <br> $100 Special Assessment <br><br> **Counts 4, 14, 15, 16, 17, 19, 36, 37, 48** <br> NMT 4 years in prison <br> NMT 1-year of supervised release <br> NMT $250,000.00 fine <br> $100 Special Assessment <br><br> **Count 5** <br> NLT 5 years <br> NMT 40 years imprisonment <br> At least 4 years Supervised Release <br> $5,000,000 fine <br> $100 Special Assessment <br><br> **Counts 17, 20, 31, 48** <br> NLT 10 years, <br> NMT life imprisonment <br> At least 5 years Supervised Release <br> $10,000,000 fine <br> $100 Special Assessment <br><br> **Counts 22 and 38** <br> NMT 20 years imprisonment <br> NLT 5 years Supervised Release <br> NMT $500,000.00 or twice the value of the property involved in the money laundering transactions <br> $100 Special Assessment |
| AGENT:        | Michael Gutke <br> Special Agent, Drug Enforcement Administration                                                                                                                                                                                         |
| AUTHORIZED BY:| Stephanie Podolak <br> Assistant U.S. Attorney                                                                                                                                                                                                            |

ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)
The statutory presumption of detention is applicable to this defendant.