DEFENDANT:       RAMON CORTEZ-PELAYO

AGE/YOB:         1980

COMPLAINT        _____ Yes      ___X___ No
FILED?
                 If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   __ No

OFFENSE(S):   **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

**Count 7:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same

**Count 8:** Title 18, United States Code, Section 924(c)(1)(A)(i); Use of a firearm in connection with a drug trafficking offense

LOCATION OF      Denver County; Denver, Colorado
OFFENSE:

PENALTY:         **Count 1**
                 NLT 5 years,
                 NMT 40 years imprisonment
                 At least 4 years Supervised Release
                 $5,000,000 fine
                 $100 Special Assessment

                 **Count 7**
                 NLT 5 years
                 NMT 40 years imprisonment
                 At least 4 years Supervised Release
                 $5,000,000 fine
                 $100 Special Assessment

**<u>Count 8</u>**
NLT 5 years imprisonment.
NMT 3 years Supervised Release
$250,000 fine.
$100 Special Assessment

<u>AGENT:</u>          Michael Gutke
                 Special Agent, Drug Enforcement Administration

<u>AUTHORIZED</u>      Stephanie Podolak
<u>BY:</u>            Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

\_\_\_ five days or less; \_X\_\_ over five days

<u>THE GOVERNMENT</u>

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.